UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAMIAN A. PATRICK,

    Plaintiff,

v.                                              Case No: 8:16-cv-1277-MSS-AAS

FIRST ADVANTAGE BACKGROUND
SERVICES CORP., *et al.*,

    Defendants.
_____/

### ORDER

Before the Court is counsel for Plaintiff's Motion to Appear *Pro Hac Vice*. (Doc. 6). Plaintiff requests that this Court permit Gregory J. Gorski to appear *pro hac vice* with Aaron M. Swift designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla.

Upon consideration, it is **ORDERED and ADJUDGED** Plaintiff's Motion to Appear *Pro Hac Vice*. (Doc. 6) is **GRANTED**, subject to the requirement that counsel shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

**DONE and ORDERED** in Tampa, Florida on this 8th day of June, 2016.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an email address.