**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAMIAN PATRICK,**

    **Plaintiff,**

**v.**                                                **Case No. 8:16-cv-01277-MMS-AAS**

**FIRST ADVANTAGE BACKGROUND
SERVICES CORP., WINN-DIXIE STORES,
INC., MACY'S, INC., and SPARTAN
STAFFING, LLC,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

Defendant, FIRST ADVANTAGE BACKGROUND SERVICE CORP., hereby gives notice of the additional appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and SALLY R. CULLEY as its counsel herein.

                                                    Respectfully submitted,

                                                    *s/ Sally R. Culley*
                                                    SALLY R. CULLEY
                                                    Florida Bar No. 0095060
                                                    RUMBERGER, KIRK & CALDWELL
                                                    A Professional Association
                                                    Lincoln Plaza, Suite 1400
                                                    300 South Orange Avenue (32801)
                                                    Post Office Box 1873
                                                    Orlando, Florida  32802-1873
                                                    Telephone:  (407) 872-7300
                                                    Telecopier:  (407) 841-2133
                                                    E-mail:  sculley@rumberger.com

                                                    ***Attorneys for Defendant, First Advantage
                                                    Background Services Corp.***

**CERTIFICATE OF SERVICE**

I, Sally R. Culley, do hereby certify that I filed the foregoing Notice of Appearance with the Clerk of the Court via the Court's electronic case filing/ECF system, which will serve a true and correct copy of the same on all counsel of record via e-mail/Notice of Electronic Filing on this 26th day of August, 2016.

> *s/ Sally R. Culley*
> SALLY R. CULLEY
> Florida Bar No. 0095060
> RUMBERGER, KIRK & CALDWELL
> A Professional Association
> Lincoln Plaza, Suite 1400
> 300 South Orange Avenue (32801)
> Post Office Box 1873
> Orlando, Florida  32802-1873
> Telephone:  (407) 872-7300
> Telecopier:  (407) 841-2133
> E-mail:  sculley@rumberger.com
>
> ***Attorneys for Defendant, First Advantage Background Services Corp.***

9352904.1